A & M BUILDERS, INC. ET AL., APPELLEES, *v.*
CITY OF HIGHLAND HEIGHTS, APPELLANT.

[Cite as *A & M Builders, Inc. v. Highland
Hts.* (2000), 89 Ohio St.3d 279.]

(No. 00–420—Submitted June 7, 2000—Decided July 12, 2000.)

---

*Grendell & Simon Co., L.P.A.,* and *Timothy J. Grendell,* for appellees.

*Timothy G. Paluf,* Director of Law, for appellant.

---

The judgment of the court of appeals is reversed.

The cause is remanded for application of *Home Builders Assn. of Dayton & the Miami Valley v. Beavercreek* (2000), 89 Ohio St.3d 121, 729 N.E.2d 349.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and PFEIFER, JJ., dissent and would affirm the judgment of the court of appeals.